## SUSAN A. KIREKER *v.* JOHN LOUIS HOLDING CORPORATION
### (AC 16171)

O'Connell, Foti and Spear, Js.

Argued April 23—officially released May 20, 1997

Per Curiam. The judgment is affirmed.

## GERALD FISHBACH *v.* ANTHONY WALKER ET AL.
### (AC 15787)

O'Connell, Foti and Spear, Js.

Argued April 23—officially released May 20, 1997

Per Curiam. The judgment is affirmed.

## KENNETH R. MILLER *v.* ALFRED J. ONORATO ET AL.
### (AC 16142)

Heiman, Spear and Hennessy, Js.

Argued April 21—officially released May 20, 1997

Per Curiam. The judgment is affirmed.